IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tony L. Nelms, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00372 |
| v. | : | Judge Graham |
| Terry J. Collins, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Tony L. Nelms, a state prisoner, brought this action alleging that defendants used aggressive force in handcuffing him and escorting him down the stairs. This matter is before the Court on Magistrate Judge Abel's May 1, 2008 Initial Screening Report and Recommendation that the complaint be dismissed for failure to state a claim.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants. This action is hereby **DISMISSED.**

    S/James L. Graham
    James L. Graham
    United States District Judge